MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
mmills@blwmlawfirm.com
BAUMAN LOEWE WITT & MAXWELL
3650 N. Rancho Dr., Ste. 114
Las Vegas, Nevada  89130
Phone: 702-240-6060
Fax No: 702-240-4267

Counsel for Defendant,
Bodega Latina Corporation, dba El Super

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GLORIA REYES, individual,<br><br>     Plaintiff,<br>          vs.<br><br>BODEGA LATINA CORPORATION, d/b/a EL SUPER, DOES I – V, inclusive, ROE CORPORATIONS I – V, inclusive<br><br><br>     Defendants. | CASE NO: |

**NOTICE OF REMOVAL**

To:     THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

        Defendant, Bodega Latina Corporation, dba El Super, hereby notice the removal of this action to the United States District Court and, in support thereof, states as follows:

        1.     On or about November 30, 2016, Plaintiff commenced an action in the Eighth Judicial District Court, Clark County, Nevada, entitled *Gloria Reyes v. Bodega Latina Corporation, dba El Super*, Case No. A-16-747368-C.  A copy is attached as Exhibit [i].  In the Complaint at ¶1, Plaintiff alleges that Plaintiff is a resident of the State of Nevada.

        2.     Service of Summons and Complaint upon Defendant Bodega Latina Corporation, dba El Super was made by personal service on December 5, 2016.  A copy is attached as Exhibit [ii].

        3.     On December 14, 2016, Defendant Bodega Latina Corporation Answered

2706905v1

the Complaint.  A copy is attached as Exhibit [iii].

4.    On January 3, 2017, a Request for Exemption from Arbitration was requested by Plaintiff's counsel Zoe Terry, Esq. A copy is attached as Exhibit [iv].

5.    No further proceedings have been had in this matter in the Eighth Judicial District Court, Clark County, Nevada.

6.    This Court has original jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §1332.  Further, this matter is one that may be removed to this Court pursuant to 28 U.S.C. §1441 because it is a civil action that is between citizens of different states and in which the amount in controversy exceeds $75,000, exclusive of interest and costs.

7.    Plaintiff alleges in her Complaint that she was and is, at all times relevant therein, a resident of Clark County, Nevada.

8.    Defendant Bodega Latina Corporation is a Delaware Corporation headquartered in Paramount, California.

9.    DOES I-V and ROE CORPORATIONS I-V are named and sued fictitiously and their citizenship is disregarded as a matter of law for purposes of removal on grounds of diversity jurisdiction.

10.    There is now complete diversity between Plaintiff and Defendant Bodega Latina Corporation.

11.    The Complaint alleges claims for Negligence.

12.    In her Complaint, Plaintiff prays for recovery of general and special damages, lost earnings, in an amount in excess of Ten Thousand Dollars ($10,000.00); attorney's fees and costs, and for such other and further relief as the Court deems just and proper.

13.    In addition, in her Request for Exemption from Arbitration filed on January 3, 2017 in the Eighth Judicial District Court, Plaintiff identified her past medical special damages which incurred approximately $82,160.66 and that she will incur additional medical expenses and states she is still receiving medical treatment and Dr. Cirella has

NOTICE OF REMOVAL
- PAGE 2 OF 3 -

2706905v1

1   recommended back surgery.  Thus, based on the allegations in the complaint and the

2   representations made by the Plaintiff in the Request for Exemption from Arbitration, the

3   value of the amount in controversy exceeds $75,000.00.

4          14.     More than 30 days have passed since notice of lawsuit was served.

5   However, prior to litigation, Plaintiff did not make Defendant aware of the value of the

6   Plaintiff's claim.  Neither Plaintiff nor her attorney presented a pre-litigation demand and

7   did not share information about Plaintiff's medical expenses prior to January 3, 2017.

8          15.     A true and correct copy of this Notice of Removal is being filed on this

9   date with the Clerk of the Eighth Judicial District Court, Clark County, Nevada.

10         Based on the foregoing, Defendant Bodega Latina Corporation, hereby removes

11  the above-referenced action now pending in the Eighth Judicial District Court, in and for

12  the County of Clark, as Case No. A-16-747368-C to this Court.

13         DATED this 4th day of January 2017.

14                                    BAUMAN LOEWE WITT & MAXWELL

15

16

17                                    MICHAEL C. MILLS, ESQ.
                                      Nevada Bar No. 003534
18                                    3650 N. Rancho Dr., Ste. 114
                                      Las Vegas, NV  89130
19                                    Attorney for Defendant,
                                      Bodega Latina Corporation, dba El Super
20  _____

21  i Plaintiff's Complaint
    ii Summons and Affidavit of Service
22  iii Defendant's Answer to Complaint
    iv Plaintiff's Request for Exemption
23

24

25

26

27

28

2706905v1