# EXHIBIT "i"

# EXHIBIT "i"

Electronically Filed
11/30/2016 01:40:58 PM

CLERK OF THE COURT

**COMP**
**ZOE TERRY, ESQ.**
Nevada Bar No. 10900
**TERRY LAW GROUP, PC**
410 S. Rampart Blvd, Suite 390
Las Vegas, Nevada 89145
*Attorneys for Plaintiff*
(702) 726-6797
zoe@terrylawgrouppc.com

## DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| GLORIA REYES,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BODEGA LATINA CORPORATION, d/b/a EL SUPER, DOES I – V, inclusive; ROE CORPORATIONS I – V, inclusive,<br><br>　　　　　Defendants. | Case No:  A-16-747368-C<br><br>Dept. No:  XXIII |

### COMPLAINT

NOW COMES Plaintiff, GLORIA REYES, by and through her counsel of record ZOE TERRY, ESQ. of the law firm of TERRY LAW GROUP, PC and alleges as her Complaint against the Defendants the following:

### GENERAL ALLEGATIONS

#### I

At all times pertinent hereto, Plaintiff was an individual domiciled in the State of Nevada.

#### II

Plaintiff alleges upon information and belief, Defendant, BODEGA LATINA CORPORATION, d/b/a EL SUPER, (hereinafter "EL SUPER") is a Delaware Corporation duly

1

organized and existing under the laws of the State of Nevada and are engaged in doing business in Las Vegas, Nevada.

### III

That the true names and capacities, whether individual, corporate, associate, or otherwise of Defendant DOES I through V, and/or ROE CORPORATIONS I through V, inclusive, are unknown to Plaintiff who, therefore, sues said Defendants by such fictitious names. Plaintiff is informed and believes and thereupon alleges that each of the Defendants designated herein as a DOE and/or ROE CORPORATION is responsible in some manner for the events and happenings herein referred to, and in some manner caused the injuries and damages proximately thereby to the Plaintiff. Plaintiff will seek to amend this Complaint to insert the true identities of Defendant DOES I through V, and/or ROE CORPORATIONS I through V, inclusive, when the same has been ascertained by Plaintiff, together with the appropriate charging allegations, and to join such Defendants in this action.

### IV

On or about December 2, 2014, Defendant, EL SUPER was the owner of premises at 1225 S. Lamb Blvd., Las Vegas, Nevada, 89104, (hereinafter ("the Premises"). Defendant, EL SUPER and DOES I through V, inclusive, and each of them, so owned, occupied, leased, subleased, constructed, repaired, designed, controlled, possessed, maintained, managed and/or operated the above Premises so as to cause Plaintiff to slip and fall on water near the entrance to the Premises and carelessly and negligently failed to ensure the Premises was safe for use by Plaintiff and other guests and/or warn of a potentially dangerous condition.

### V

At the aforementioned place and date, Plaintiff, GLORIA REYES, was entering the Premises when she slipped on the wet floor and fell to the ground. The water was not visible to Plaintiff and rendered the floor dangerous for use for her and other guests; and Defendants had actual and/or

constructive notice of the wet floor as it had been raining but had no warning cones or signs or other warning of such hazard.

### VI

Defendants knew or should have known that a wet floor by the entrance to a busy grocery store was dangerous and in the exercise of ordinary care would have had reasonable opportunity to remedy the situation prior to the happening of the fall herein alleged. In spite of Defendants' actual and/or constructive notice of the wet floor, Defendants failed to take adequate precautions to prevent injury to Plaintiff and/or other guests.

### VII

Defendants were careless and negligent in the following respects:

1. Failing to inspect the area prior to the incident in question;

2. Failing to adequately clean and/or dry the floor so as to prevent injury to guests even though it was raining;

3. Failing to place warning signs and/or cones so as not to cause injury to guests;

4. Failing to cordon off the area so as to prevent injury to guests.

### VIII

As a direct and proximate result of the carelessness and negligence of Defendants, Plaintiff sustained personal injuries. As a result of these injuries, medical and other special expenses have been incurred in a sum in excess of TEN THOUSAND DOLLARS ($10,000).

### IX

As a further direct and proximate result of said injuries, Plaintiff sustained great pain and suffering, expense and inconvenience in a sum to be proven at trial.

///

///

///

X

The failure to adequately clean and/or dry the floor or in the alternative place warning signs/cones or cordon off the area and adequately warn of the potential hazard was within the exclusive possession and control of Defendants, the injury which occurred to Plaintiff, would not have occurred in the absence of negligence, and the doctrine of res ipsa loquitor should be applied herein for Plaintiff's benefit.

XI

As a further direct and proximate result of the aforementioned negligence, Plaintiff has been compelled to retain the services of an attorney to prosecute this action, and Plaintiff is, therefore, entitled to reasonable attorney fees and costs of suit incurred herein.

WHEREFORE, Plaintiff, expressly reserves her right to amend this Complaint at the time of trial of the actions herein to include all items of damages not yet ascertained, demands Judgment against Defendant and each of them as follows:

1. For general damages in a sum in excess of $10,000;
2. For damages for costs of medical care and treatment and other Special Damages;
3. For lost wages to be determined;
4. For costs herein incurred and attorney fees;
5. For other such and further relief as the Court deems just and proper.

DATED this 30th day of November, 2016.

TERRY LAW GROUP, PC

*/s/ Z Terry*

ZOE TERRY, ESQ.
Nevada Bar No. 10900
410 South Rampart Blvd, Suite 390
Las Vegas, Nevada 89145
Attorney for Plaintiff

4

## DISTRICT COURT CIVIL COVER SHEET

_____ County, Nevada

Case No. _____
*(Assigned by Clerk's Office)*

A-16-747368-C
XXIII

### I. Party Information *(provide both home and mailing addresses if different)*

| Plaintiff(s) (name/address/phone): | Defendant(s) (name/address/phone): |
|---|---|
| Gloria Reyes | Bodega Latina Corporation, d/b/a El Super |

| Attorney (name/address/phone): | Attorney (name/address/phone): |
|---|---|
| Zoe Terry, Esq. (702) 726-6797<br>TERRY LAW GROUP, PC<br>410 S. Rampart Blvd., Suite 390<br>Las Vegas, NV 89145 | |

### II. Nature of Controversy *(please select the one most applicable filing type below)*

**Civil Case Filing Types**

| Real Property | | Torts | |
|---|---|---|---|
| **Landlord/Tenant** | **Negligence** | **Other Torts** | |
| ☐ Unlawful Detainer | ☐ Auto | ☐ Product Liability | |
| ☐ Other Landlord/Tenant | ☒ Premises Liability | ☐ Intentional Misconduct | |
| **Title to Property** | ☐ Other Negligence | ☐ Employment Tort | |
| ☐ Judicial Foreclosure | **Malpractice** | ☐ Insurance Tort | |
| ☐ Other Title to Property | ☐ Medical/Dental | ☐ Other Tort | |
| **Other Real Property** | ☐ Legal | | |
| ☐ Condemnation/Eminent Domain | ☐ Accounting | | |
| ☐ Other Real Property | ☐ Other Malpractice | | |

| Probate | Construction Defect & Contract | Judicial Review/Appeal |
|---|---|---|
| **Probate** *(select case type and estate value)* | **Construction Defect** | **Judicial Review** |
| ☐ Summary Administration | ☐ Chapter 40 | ☐ Foreclosure Mediation Case |
| ☐ General Administration | ☐ Other Construction Defect | ☐ Petition to Seal Records |
| ☐ Special Administration | **Contract Case** | ☐ Mental Competency |
| ☐ Set Aside | ☐ Uniform Commercial Code | **Nevada State Agency Appeal** |
| ☐ Trust/Conservatorship | ☐ Building and Construction | ☐ Department of Motor Vehicle |
| ☐ Other Probate | ☐ Insurance Carrier | ☐ Worker's Compensation |
| **Estate Value** | ☐ Commercial Instrument | ☐ Other Nevada State Agency |
| ☐ Over $200,000 | ☐ Collection of Accounts | **Appeal Other** |
| ☐ Between $100,000 and $200,000 | ☐ Employment Contract | ☐ Appeal from Lower Court |
| ☐ Under $100,000 or Unknown | ☐ Other Contract | ☐ Other Judicial Review/Appeal |
| ☐ Under $2,500 | | |

| Civil Writ | | Other Civil Filing |
|---|---|---|
| **Civil Writ** | | **Other Civil Filing** |
| ☐ Writ of Habeas Corpus | ☐ Writ of Prohibition | ☐ Compromise of Minor's Claim |
| ☐ Writ of Mandamus | ☐ Other Civil Writ | ☐ Foreign Judgment |
| ☐ Writ of Quo Warrant | | ☐ Other Civil Matters |

*Business Court filings should be filed using the Business Court civil coversheet.*

November 30, 2016

Date

*[signature]*

Signature of initiating party or representative

*See other side for family-related case filings.*