1  MICHAEL C. MILLS, ESQ.
   Nevada Bar No. 003534
2  BAUMAN LOEWE WITT & MAXWELL
   3650 N. Rancho Dr., Ste. 114
3  Las Vegas, NV 89130
   Phone: 702-240-6060
4  Fax: 702-240-4267
   Email: mmills@blwmlawfirm.com
5
6  Attorneys for Defendant,
   Bodega Latina Corporation, dba El Super
7

8

9              UNITED STATES DISTRICT COURT

10                  DISTRICT OF NEVADA

11

12

13 | GLORIA REYES, individual,            | CASE NO: 2:17-cv-00040-RFB-GWF

14

15

16      Plaintiff,

17

18        vs.

19

20

21 | BODEGA LATINA CORPORATION, d/b/a
     EL SUPER, DOES I – V, inclusive, ROE
22   CORPORATIONS I – V, inclusive

23

24      Defendants.

25

26 **STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE**

27     IT IS HEREBY STIPULATED by the parties, by and through their respective

28

STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE

3266522v1

1 | counsel of record, that the above-entitled action shall be dismissed, with prejudice, each
2 | party to bear its own attorneys' fees and costs;
3 | Approved as to form and content:
4 | Dated: March 8 2019      Dated: Apr 9th 2019
5 | TERRY LAW GROUP, PC      BAUMAN LOEWE WITT & MAXWELL, PLLC

8 | ZOE TERRY, ESQ.      MICHAEL C. MILLS, ESQ.
Nevada Bar No. 0010900      Nevada Bar No. 003534
9 | 1980 Festival Plaza Drive, #300      3650 N. Rancho Dr., Ste. 114
Las Vegas, NV 89135      Las Vegas, NV 89130
10 | Phone: 702-726-6797      Phone: 702-240-6060
Attorney for Plaintiff, Gloria Reyes      Attorney for Defendant, Bodega Latina
11 |      Corporation, LLC, dba El Super

**ORDER**

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 11th day of April, 2019.

STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE

3266522v1